IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                          MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302. *See* PTO # 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO # 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that Ethicon file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|----|---|---|---|
| 1  | 2:12-cv-00279 | Thaman, Susan & Robert, Sr. | 144 |
| 2  | 2:12-cv-02095 | McClain, Barbara Sue | 48 |
| 3  | 2:12-cv-02753 | Brewer, Lillie L. & Daniel | 32 |
| 4  | 2:12-cv-03228 | Pruitt, Tammy & Royce | 17 |
| 5  | 2:12-cv-03958 | Stewart, Juanita & Benny | 66 |
| 6  | 2:12-cv-04091 | Potter, Anna & Mark | 26 |
| 7  | 2:12-cv-04211 | Boyle, Barbara & Joseph | 28 |
| 8  | 2:12-cv-04364 | Hahn, Kathleen K. | 59 |
| 9  | 2:12-cv-04577 | Booker, Sheila & George | 25 |
| 10 | 2:12-cv-04945 | Presley, Wanda | 54 |
| 11 | 2:12-cv-05224 | Rivera, Linda Marie & Ruben | 27 |
| 12 | 2:12-cv-08548 | Murray-Hockey, Barbara & Richard | 61 |
| 13 | 2:12-cv-08964 | Hensley, Eri & Randall | 23 |
| 14 | 2:12-cv-09836 | Gillikin, Betty Rose & James | 18 |
| 15 | 2:13-cv-00260 | Thompson, Lee J. | 35 |
| 16 | 2:13-cv-00637 | Trevino, Clara | 18 |
| 17 | 2:13-cv-00810 | Walsten, Beverly & Trevor | 16 |
| 18 | 2:13-cv-00869 | Atkins, Brenda G. & Larry E. | 19 |
| 19 | 2:13-cv-01135 | Mouton, Dorothy & James | 43 |
| 20 | 2:13-cv-01229 | Nejat, Fariba & Mirnejat | 76 |
| 21 | 2:13-cv-01744 | Meade, Deborah | 51 |
| 22 | 2:13-cv-01954 | Grizzle-Hagans, Angela Dawn & James Mark | 64 |
| 23 | 2:13-cv-03110 | Risley, Christina | 16 |
| 24 | 2:13-cv-03795 | Stone, Kimberly & Ronald | 19 |
| 25 | 2:13-cv-03866 | Rourke, Pamela & Fred | 37 |
| 26 | 2:13-cv-03988 | Moreno, Adrian A. & Francisco Javier | 22 |
| 27 | 2:13-cv-03997 | Leno, Patricia | 20 |
| 28 | 2:13-cv-04340 | Giles, Kerry & Daniel | 13 |
| 29 | 2:13-cv-04357 | Swets, Sally | 13 |
| 30 | 2:13-cv-04372 | McMaken, Patrice | 15 |
| 31 | 2:13-cv-04379 | Miller, Linda J. | 16 |
| 32 | 2:13-cv-04386 | Ynclan, Brenda & Juan | 16 |
| 33 | 2:13-cv-04392 | Reed, Doris | 15 |
| 34 | 2:13-cv-04395 | Danis, Marjorie | 21 |
| 35 | 2:13-cv-04756 | Humes, Edyth | 16 |
| 36 | 2:13-cv-05460 | Moore, Deborah Ann & William | 16 |
| 37 | 2:13-cv-05744 | Hennes, Sandra | 14 |
| 38 | 2:13-cv-05752 | Contreras, Juanita F. & Jose | 22 |
| 39 | 2:13-cv-05782 | Hall, Jennifer | 17 |
| 40 | 2:13-cv-05939 | Snider, Sandra & Robert | 11 |
| 41 | 2:13-cv-06381 | Drader, Jodi | 13 |

**EXHIBIT A**

|    | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|----|------------------|-------------------|-------------------|
| 42 | 2:13-cv-06396 | Davis, Roxanna | 13 |
| 43 | 2:13-cv-06490 | Nagle, Michelle & Duane | 15 |
| 44 | 2:13-cv-06720 | Bivins, Frances | 16 |
| 45 | 2:13-cv-06814 | Kirklin, Aileen | 15 |
| 46 | 2:13-cv-07286 | Wuensche, Anna & Helmut | 15 |
| 47 | 2:13-cv-07679 | Otis, Jacqueline | 13 |
| 48 | 2:13-cv-07724 | Person, Jacqueline & Reggie | 18 |
| 49 | 2:13-cv-08399 | Garcia, Jamie & Burnette Dewayne Peteet | 15 |
| 50 | 2:13-cv-09595 | Baker, Estella | 19 |
| 51 | 2:13-cv-09646 | Moore, Janice M. & Walter L. | 16 |
| 52 | 2:13-cv-11492 | Starling, Magrit & John E. | 19 |
| 53 | 2:13-cv-11548 | Parikh, Kathryn J. & Clay | 19 |
| 54 | 2:13-cv-12060 | Williamson, Gail & Richard Leland | 15 |
| 55 | 2:13-cv-12117 | Jones, Kristie & Joshua | 17 |
| 56 | 2:13-cv-12248 | Wetzel, Angela & Keith | 16 |
| 57 | 2:13-cv-12601 | Martin-Nix, Julia | 13 |
| 58 | 2:13-cv-12843 | McComb, Joan | 13 |
| 59 | 2:13-cv-12861 | Ridley, Barbara Jean & Omer S. | 13 |
| 60 | 2:13-cv-12962 | Grindstaff, Lori A. | 19 |
| 61 | 2:13-cv-13255 | Davis, Barbara & George | 13 |
| 62 | 2:13-cv-13276 | Roberts, Bertha | 13 |
| 63 | 2:13-cv-13277 | Riley-Brown, Mary Louise & Roy Lee | 13 |
| 64 | 2:13-cv-13743 | Deuell, Yvonne | 14 |
| 65 | 2:13-cv-14735 | Askew, Jacqueline & Douglas | 17 |
| 66 | 2:13-cv-15012 | Zaleski, Judy & C. A. | 16 |
| 67 | 2:13-cv-15105 | Lutz, Carrie & Joseph | 16 |
| 68 | 2:13-cv-15903 | Reliford, Lashanne | 15 |
| 69 | 2:13-cv-16469 | Lopez, Dawn & Richard | 14 |
| 70 | 2:13-cv-17940 | Ramirez, Esther & Robert | 14 |
| 71 | 2:13-cv-18127 | Wright, Reba | 17 |
| 72 | 2:13-cv-18435 | Jarvis, Ruby & Shawn | 21 |
| 73 | 2:13-cv-18785 | DeYoung, Rickie & Jeremy | 13 |
| 74 | 2:13-cv-19140 | Montgomery, Joanne | 14 |
| 75 | 2:13-cv-19455 | Delk, Ellen L. | 19 |
| 76 | 2:13-cv-20124 | Woodhouse, Heather | 17 |
| 77 | 2:13-cv-20281 | Oliva, Leonor & Roberto | 17 |
| 78 | 2:13-cv-20283 | Harmon, Martha Ann | 19 |
| 79 | 2:13-cv-20579 | Lanter, Sherrilynn & Joe | 15 |
| 80 | 2:13-cv-20625 | Powels, Rebecca & Cornelius | 13 |
| 81 | 2:13-cv-20857 | Wilson, Betsy & Larry | 13 |
| 82 | 2:13-cv-20869 | Schinestuhl, Carol | 17 |

**EXHIBIT A**

|     | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 83  | 2:13-cv-21131 | Fagan, Jamie & Douglas Sanders | 15 |
| 84  | 2:13-cv-21456 | Bolden, Shirley & Robert | 15 |
| 85  | 2:13-cv-21739 | Dixon, Cynthia & Brian | 21 |
| 86  | 2:13-cv-21845 | Hooten, Rhonda & Jerrell | 19 |
| 87  | 2:13-cv-21975 | Slaughter, Connie S. & Robert P. | 21 |
| 88  | 2:13-cv-22224 | Jones, Judith A. & William L. | 23 |
| 89  | 2:13-cv-22227 | Scheiffele, Rosemarie & Patrick Louis | 21 |
| 90  | 2:13-cv-22432 | Simmons, Diane & Frederick | 13 |
| 91  | 2:13-cv-23353 | Gleitz, Dorothy | 15 |
| 92  | 2:13-cv-23355 | Murillo, Nina & Esteban | 15 |
| 93  | 2:13-cv-23937 | Berry, Dorothy & Hershel | 15 |
| 94  | 2:13-cv-24328 | Edmonds, Samantha Marie & Zachary S., Jr. | 15 |
| 95  | 2:13-cv-24752 | Mattioli, Jo Ann M. | 17 |
| 96  | 2:13-cv-24838 | Dahlen, Karen & Daniel | 19 |
| 97  | 2:13-cv-25644 | Alva, Teresa & Anthony | 15 |
| 98  | 2:13-cv-26321 | Gaudreau, Jennifer & Paul R. | 15 |
| 99  | 2:13-cv-26884 | Eckhardt-Appelhans, Pamela & Roger Heard | 12 |
| 100 | 2:13-cv-27138 | Brown, Tammy A. | 18 |
| 101 | 2:13-cv-27689 | Haddix, Carol | 13 |
| 102 | 2:13-cv-27852 | Gambill, Staci & Timothy | 13 |
| 103 | 2:13-cv-29159 | Tahedl, Jeanne & Matthew | 15 |
| 104 | 2:13-cv-29501 | Fasano, Kathleen | 13 |
| 105 | 2:13-cv-31502 | Henry, Debby | 20 |
| 106 | 2:13-cv-31508 | Jansen, Shari Streit, Chapter 7 Bankruptcy Trustee, Michael A. Papineau & Rose M. Papineau Bankruptcy | 17 |
| 107 | 2:13-cv-31717 | Mayes, Myrtle | 12 |
| 108 | 2:13-cv-32218 | Jones, Ivy | 14 |
| 109 | 2:13-cv-32776 | Myers, Erma Joyce & Billy | 16 |
| 110 | 2:13-cv-32813 | Brosek, Diane & Bruce | 32 |
| 111 | 2:13-cv-33448 | Cavazos, Maria | 12 |
| 112 | 2:14-cv-00965 | Ells, Brenda D. & William R. | 18 |
| 113 | 2:14-cv-03135 | Ruiz, Shannon & Christian | 19 |
| 114 | 2:14-cv-05494 | Sonju, Dawn & Eric E. | 21 |
| 115 | 2:14-cv-06191 | Lopez, Vilma & Hugo | 30 |
| 116 | 2:14-cv-08274 | Klassen, Tracye Michelle | 14 |
| 117 | 2:14-cv-09091 | Palumbo, Mary Bruno & Anthony | 11 |
| 118 | 2:14-cv-09626 | Barboza, Julieta Jazlyn Alejandra | 15 |
| 119 | 2:14-cv-09814 | Watkins, Carole & Robert William | 11 |
| 120 | 2:14-cv-09820 | Porzio, Laurie A. & Thomas E. | 20 |
| 121 | 2:14-cv-09829 | Cole, Christen & Kenneth Morgan | 14 |

**EXHIBIT A**

|     | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 122 | 2:14-cv-10088 | Boughtin, Cherie Lynne & Gordon Ray | 16 |
| 123 | 2:14-cv-10469 | Smithberg, Linda & Jerry | 24 |
| 124 | 2:14-cv-10651 | LeBlanc, Stephanie R. | 13 |
| 125 | 2:14-cv-11669 | Marchese, Emily A. & Anthony | 15 |
| 126 | 2:14-cv-12184 | Hutto, Inez | 13 |
| 127 | 2:14-cv-12584 | Compher, Fellner M. & James Wilmer | 21 |
| 128 | 2:14-cv-12891 | Dietz, Maria & Robert Dietz | 12 |
| 129 | 2:14-cv-14317 | Downie, Shirley & Richard | 13 |
| 130 | 2:14-cv-14636 | Salgado, Delia | 19 |
| 131 | 2:14-cv-14683 | Sanchez, Maria A. | 11 |
| 132 | 2:14-cv-15095 | Johnson, Linda & Corey Weldon | 15 |
| 133 | 2:14-cv-15230 | Saathoff, Cynthia & Jeremy | 16 |
| 134 | 2:14-cv-15306 | Williams, Kathy | 14 |
| 135 | 2:14-cv-15442 | Patterson, Melissa & Bret | 13 |
| 136 | 2:14-cv-15844 | Champ, Nancy | 13 |
| 137 | 2:14-cv-15907 | Rivera, Yolanda & Cesar O. Belis | 13 |
| 138 | 2:14-cv-15934 | Ellis, Teresa & William | 11 |
| 139 | 2:14-cv-16977 | Chapman, Alice | 15 |
| 140 | 2:14-cv-16978 | Clark, April | 17 |
| 141 | 2:14-cv-16994 | Laird, Wanda | 14 |
| 142 | 2:14-cv-17069 | Hymes, Joyce & Myles | 13 |
| 143 | 2:14-cv-17275 | Hefley, Barbara & James | 13 |
| 144 | 2:14-cv-17611 | Murphy, Felecia | 16 |
| 145 | 2:14-cv-17869 | Smyrski, Ethel | 13 |
| 146 | 2:14-cv-18091 | Sharpe, Carol | 11 |
| 147 | 2:14-cv-18125 | Cheung, Maria | 13 |
| 148 | 2:14-cv-18134 | Scovel, Glynda A. & Michael D. | 19 |
| 149 | 2:14-cv-18242 | Hill, Jeanette Elizabeth | 15 |
| 150 | 2:14-cv-18408 | Clary, Maureen & William | 14 |
| 151 | 2:14-cv-19000 | Appling, Sharon Elaine | 12 |
| 152 | 2:14-cv-20005 | Stec, Rebecca Cooksey & Terry | 18 |
| 153 | 2:14-cv-20040 | McKimmy, Jean | 18 |
| 154 | 2:14-cv-20139 | LaRocque, Elaine & Lawrence Paul | 14 |
| 155 | 2:14-cv-20547 | Manos, Ruth L. & Chris | 16 |
| 156 | 2:14-cv-20561 | Pluff, Phyllis I. | 14 |
| 157 | 2:14-cv-20661 | Wingate, Betty Sue | 17 |
| 158 | 2:14-cv-20943 | Estes, Janice C. R. | 15 |
| 159 | 2:14-cv-21035 | Mazur, Michele M. | 16 |
| 160 | 2:14-cv-21073 | Pfeffer, Irene | 18 |
| 161 | 2:14-cv-21149 | Taylor, Tiffany | 16 |
| 162 | 2:14-cv-22612 | Drake, Elizabeth | 10 |

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 163 | 2:14-cv-22643 | Romero, Augustina & Toby | 12 |
| 164 | 2:14-cv-22812 | Hayes, Ellen Dorean & Roy Michael | 12 |
| 165 | 2:14-cv-22849 | Davidov, Sveta & Alexi | 14 |
| 166 | 2:14-cv-22852 | Diaz, Elena & Hector | 16 |
| 167 | 2:14-cv-24025 | Oestricker, Joan & Keith | 13 |
| 168 | 2:14-cv-24220 | Williams, Carlina | 15 |
| 169 | 2:14-cv-24929 | Guillory, Monica | 16 |
| 170 | 2:14-cv-25282 | Gentry, Victoria D. & Rocky L. | 14 |
| 171 | 2:14-cv-25585 | Truby, Mary | 14 |
| 172 | 2:14-cv-26479 | Spicer, Denise | 17 |
| 173 | 2:14-cv-26615 | Elms, Lucille | 31 |
| 174 | 2:14-cv-27074 | Teague, Kathleen | 33 |
| 175 | 2:14-cv-28174 | Lasaponara-Chutka, Lisa & Walter | 9 |
| 176 | 2:14-cv-28182 | Hutchings, Carolyn | 17 |
| 177 | 2:14-cv-28561 | Wood, Mary | 12 |
| 178 | 2:14-cv-29135 | Martinez, Socorro & Fred R. | 19 |
| 179 | 2:14-cv-29142 | Lawson, Elizabeth | 13 |
| 180 | 2:14-cv-29397 | Rankin, Elizabeth | 16 |
| 181 | 2:14-cv-29628 | Grissom, Rebecca | 14 |
| 182 | 2:14-cv-29967 | LaPoint, Judy A. | 11 |
| 183 | 2:14-cv-30117 | Zeuch, Barbara | 10 |
| 184 | 2:14-cv-30209 | Kloos, Ilene | 14 |
| 185 | 2:15-cv-00252 | Calzadilla, Mila | 11 |
| 186 | 2:15-cv-00508 | Nykreim, Erika & Amfim | 15 |
| 187 | 2:15-cv-01567 | Johnson-Baudoin, Michelle | 19 |
| 188 | 2:15-cv-01612 | Smith, Emma Lou | 12 |
| 189 | 2:15-cv-02852 | Kaump, Rose & Roland | 12 |
| 190 | 2:15-cv-02913 | Juel, Lisa & Justin Gale | 12 |
| 191 | 2:15-cv-03801 | Johnson, Katy | 12 |
| 192 | 2:15-cv-04406 | Marconi, Kathy | 10 |
| 193 | 2:15-cv-04766 | LeGeer, Pamela J. | 14 |
| 194 | 2:15-cv-04875 | Neas, Lisa | 10 |
| 195 | 2:15-cv-06273 | Rathbone, Pam | 7 |
| 196 | 2:15-cv-06412 | Cavanaugh, Nancy | 13 |
| 197 | 2:15-cv-06446 | Peterson, Pamela C. & Mike | 12 |
| 198 | 2:15-cv-07803 | Nunez, Caroline | 11 |
| 199 | 2:15-cv-07836 | Russell, Lota Marie | 18 |
| 200 | 2:15-cv-07999 | Ries, Deanna | 16 |
| 201 | 2:15-cv-08311 | Gross, Frieda | 11 |
| 202 | 2:15-cv-08488 | Dighlawi, Hiam | 13 |
| 203 | 2:15-cv-08777 | Vasquez, Michelle A. | 12 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 204 | 2:15-cv-09283 | Englebright, Terry & Richard | 19 |
| 205 | 2:15-cv-09548 | Frisco, Carol & Nicholas | 21 |
| 206 | 2:15-cv-09549 | Chung, Sonia Hooshe | 18 |
| 207 | 2:15-cv-09558 | Kennedy, Shelia & Wesley | 18 |
| 208 | 2:15-cv-11486 | DeRouen, Betty Lynn Hatem | 12 |
| 209 | 2:15-cv-11998 | Ruggles, Barbra Lynn & Ronald | 17 |
| 210 | 2:15-cv-12140 | Reeves, Jennifer | 13 |
| 211 | 2:15-cv-12415 | Rodriguez, Rosa | 14 |
| 212 | 2:15-cv-12425 | Weekley, Norma | 13 |
| 213 | 2:15-cv-12981 | Ray, Edith | 9 |
| 214 | 2:15-cv-12987 | DeSpain, Priscilla & James Everett | 9 |
| 215 | 2:15-cv-13217 | Visage, Christine & Larry | 9 |
| 216 | 2:15-cv-13325 | Tetreault, Rose Ella | 15 |
| 217 | 2:15-cv-13452 | Argueta, Lesly | 12 |
| 218 | 2:15-cv-13653 | Lawley, Dorothy A. & Gregory P. | 10 |
| 219 | 2:15-cv-13693 | Martin, Isabel Cristina | 12 |
| 220 | 2:15-cv-13862 | Isaacs, Kim | 9 |
| 221 | 2:15-cv-13864 | Applegate, Ruby J. & Shane | 9 |
| 222 | 2:15-cv-14250 | Weaver, Diane | 9 |
| 223 | 2:15-cv-14937 | Lapham, Tanya | 13 |
| 224 | 2:15-cv-15218 | Wainwright, Keli | 15 |
| 225 | 2:15-cv-15228 | Phillips, Sheila | 12 |
| 226 | 2:15-cv-15421 | Lukes, Sondra Lee | 12 |
| 227 | 2:15-cv-15584 | Callender, Mary Anne | 13 |
| 228 | 2:15-cv-15592 | Wilt, Deborah S. & Jan | 17 |
| 229 | 2:15-cv-15606 | Temple, Lillie | 10 |
| 230 | 2:15-cv-15680 | Navarrete, Perly & Marco Antonio | 12 |
| 231 | 2:15-cv-15689 | Rodger, Shelly A. & John H. | 12 |
| 232 | 2:15-cv-15932 | Potter, Kristin & Jeffery | 11 |
| 233 | 2:15-cv-16075 | Green, Mary | 9 |
| 234 | 2:15-cv-16086 | Daniels, Joy | 9 |
| 235 | 2:15-cv-16135 | Woolstenhulme, Sandra Ann & Stephen Craig Rhodes | 16 |
| 236 | 2:15-cv-16180 | Olesen, Betty & David | 11 |
| 237 | 2:15-cv-16217 | Mullins-Wilson, Janet | 9 |
| 238 | 2:15-cv-16348 | Smith, Gina | 9 |
| 239 | 2:16-cv-00157 | Augustine, Anna R. | 9 |
| 240 | 2:16-cv-00158 | Mclain, Wendy | 9 |
| 241 | 2:16-cv-00383 | Fairley, Carolyn Ann | 18 |
| 242 | 2:16-cv-00741 | Pfeifer, Sandra | 11 |
| 243 | 2:16-cv-00784 | Pesis, Geraldine | 9 |

**EXHIBIT A**

|     | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|-----|------------------|-------------------|-------------------|
| 244 | 2:16-cv-00839 | Stewart, Sherry S. & James W. | 12 |
| 245 | 2:16-cv-00861 | Dunn, Linda | 9 |
| 246 | 2:16-cv-01190 | Pivo, Joanna & Ronald | 13 |
| 247 | 2:16-cv-01206 | Locke, Carolyn | 11 |
| 248 | 2:16-cv-01213 | Langlois, Linda | 9 |
| 249 | 2:16-cv-01428 | Garay, Maria | 10 |
| 250 | 2:16-cv-01432 | Packard, Elizabeth | 10 |
| 251 | 2:16-cv-01644 | Hastings, Kendra | 9 |
| 252 | 2:16-cv-01789 | Nehring, Catherine & Mark D. | 17 |
| 253 | 2:16-cv-01829 | Holland, Jackie | 9 |
| 254 | 2:16-cv-02023 | Lamastus, Cynthia | 12 |
| 255 | 2:16-cv-02123 | Carlstrom, Sarafina & Kenneth M., Sr. | 12 |
| 256 | 2:16-cv-02127 | Dunn, Amie | 10 |
| 257 | 2:16-cv-02348 | Geopfert, Gloria J. | 34 |
| 258 | 2:16-cv-02359 | Nunn, Connie | 10 |
| 259 | 2:16-cv-02394 | Dalton, Deborah | 11 |
| 260 | 2:16-cv-02842 | Louviere, Melissa B. & Kevin | 9 |
| 261 | 2:16-cv-03184 | Goolsby, Bobbie | 16 |
| 262 | 2:16-cv-03495 | Herbert, Teresa | 9 |
| 263 | 2:16-cv-04020 | Rogers, Barbara | 9 |
| 264 | 2:16-cv-04146 | Wagner, Ann | 9 |
| 265 | 2:16-cv-04156 | McCarty, Thelma | 9 |
| 266 | 2:16-cv-04158 | Procell, Betty | 9 |
| 267 | 2:16-cv-04163 | Presley, Tonya | 11 |
| 268 | 2:16-cv-04269 | Patmor, Sheri | 9 |
| 269 | 2:16-cv-05430 | St. Pierre, Sharon | 12 |
| 270 | 2:16-cv-05644 | Gurn, Sandra | 11 |
| 271 | 2:16-cv-05931 | Aycock, Teresa | 9 |
| 272 | 2:16-cv-05952 | Hubbell, Dawn | 10 |
| 273 | 2:16-cv-06005 | Rhodes, Susan & Duane | 16 |
| 274 | 2:16-cv-06182 | Davison, Cynthia | 11 |
| 275 | 2:16-cv-06214 | Gilli, Mia | 9 |
| 276 | 2:16-cv-06326 | Price, Martha | 12 |
| 277 | 2:16-cv-06467 | Renner, Jerry | 9 |
| 278 | 2:16-cv-06468 | Eubank, Donna | 9 |
| 279 | 2:16-cv-06664 | Skipper, Melinda | 16 |
| 280 | 2:16-cv-07147 | Sulli, Summer | 9 |
| 281 | 2:16-cv-07148 | King, Rhonda | 9 |
| 282 | 2:16-cv-07150 | Moore, Lynn Marie | 9 |
| 283 | 2:16-cv-07155 | Devasher, Hope | 9 |
| 284 | 2:16-cv-07237 | Greer, Peggy | 9 |

**EXHIBIT A**

|     | **Civil Action No.** | **Plaintiff(s) Name** | **ECF No. of Motion** |
| --- | --- | --- | --- |
| 285 | 2:16-cv-07803 | Armstrong, Norma | 8 |
| 286 | 2:16-cv-07820 | Melton, Roberta | 8 |
| 287 | 2:16-cv-08315 | Sorrow, Vivian & Benjamin | 11 |
| 288 | 2:16-cv-08759 | Hart, Rhonda R. | 11 |
| 289 | 2:16-cv-09180 | Morgan, Candice | 13 |
| 290 | 2:16-cv-09182 | Chase, Kathy | 11 |
| 291 | 2:16-cv-09189 | Holt, Nazrene | 11 |
| 292 | 2:16-cv-09264 | LaBorde, Candace J. | 11 |
| 293 | 2:16-cv-09328 | Stroup, Milinda | 8 |
| 294 | 2:16-cv-09329 | Padua, Elsa | 8 |
| 295 | 2:16-cv-09519 | Thomas, Mari | 22 |
| 296 | 2:16-cv-10062 | Furst, Brianna | 12 |
| 297 | 2:16-cv-10101 | Hernandez, Nereida | 9 |
| 298 | 2:17-cv-01440 | Bishop, Pamela | 10 |
| 299 | 2:17-cv-01573 | Ruth, Judy L. | 12 |
| 300 | 2:17-cv-03572 | Vansickle, Barbara | 11 |
| 301 | 2:17-cv-04014 | Burke, Juanita G. | 16 |
| 302 | 2:17-cv-04040 | Erwin, Nancy & William | 10 |
| 303 | 2:17-cv-04174 | Cagle, Rebecca & Terry | 13 |
| 304 | 2:17-cv-04647 | Bertrand, Michelle | 25 |
| 305 | 2:18-cv-00390 | Garner, Marie A. | 19 |